In the Matter of XAVIER P.K.C.P., an Infant. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; DONNA C., Appellant.

Submitted December 7, 2009; decided January 19, 2010

Reported below, 2009 NY Slip Op 86092(U).

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.